Rodney Lee Majors Sr #247700 )
_____ )
Full name and prison number )
of plaintiffs(s) )
 ) RECEIVED
v. ) CIVIL ACTION NO. 2:19-cv-273-WHA-GMB
 ) (To be supplied by Clerk of
Warden III Walter Myers 2019 APR 15 A U.S. District Court)
_____ ) DEBRA P. HACKETT
Warden II Patrice Richie ) U.S. DISTRICT COURT **DEMAND FOR JURY TRIAL**
_____ ) MIDDLE DISTRICT ALA.
Captin Joseph Danzey )
_____ )
Sgt. DRonorris Lovejoy )
_____ )
C.O.I Crittenden / C.O.I Key )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s) N/A

         Defendant(s) _____

      2. Court (if federal court, name the district? if state court, name the county) N/A

5. Disposition (for examples Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT William E. Donaldson Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME / ADDRESS
1. Warden III Walter Myers 200 Wallace Drive Clio, AL 36017
2. Warden II Patrice Richie 200 Wallace Drive Clio, AL 36017
3. Captin. Joseph Danzey 200 Wallace Drive Clio, AL 36017
4. Sgt. Dranarris Lovejoy 200 Wallace Drive Clio, AL 36017
5. Correctional Officer Crittenden 200 Wallace Drive Clio, AL 36017
6. Correctional Officer Keys 200 Wallace Drive Clio, AL 36017

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED January 12, 2018

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: "Excessive Force".

2

Easterling Correctional Facility in Clio, AL I was "Viciously Attacked & Beatened by Correctional Sgt. Drangerris Lovejoy, while In the Presense of
——— SEE Attachment 1 (A) ———

GROUND TWO: "Criminal Negligence"

SUPPORTING FACTS: SEE Attachment Forms 1 (A) And 1 (B)

GROUND THREE: "Cruel and Unusual Punishment"

SUPPORTING FACTS: SEE Attachment Forms 1 (A) And 1 (B)

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. I Humbly Request The Federal Court Jury Trial To Award me, In the Sum of $250,000.00 From each Defendant in this Case, To Launch an Extensive Investigation In "Excessive Force" in this Case and In the A.L.D.O.C in an "Entirety"? I hereby; Ask for a Fast & Speedy Trial?

Mr Rechey Lee Major Jr #247758
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Mr. Rechey Lee Major Jr #247758 10-22-18
(Date)

Mr Rechey Lee Major Jr #247758
Signature of plaintiff(s)

4

Mr. Rodney Lee Mosfor Sr. #ISH#241758
100 Warrior Lane
Bessemer, Alabama
35023

(Block-W
Cell-33)

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL MAIL ←
("URGENT")
Destination: United States Court-
for Middle District
The
LEGAL ONLY

Frank M. Johnson Jr.
United States Court House Complex
One Church Street, Montgomery AL,
36104

