Correctional Officer Crittenden, And Correctional Officer Key. On the above Date "And Time" you all Approached My Cell Door, And told me "You all" would be back "You all" left my Cell Door, Then You all "shortly" Re--turned. You all then told my Cell mate Damion - Story #214039 In a Threatening Manor to Cuff up unless He wanted trouble also. "You all" then Placed Handcuffs on Story through the Cell Door TrayHole. "You All" Signaled For the Correctional-- Cubical Officer to Open (20) Cell Door, taking In-- Mate Story to the Segragational "Shower Cage" where "you all" locked "him In and Immeadiatly Came back to my Cell, where "you all" Signaled For the Cubicle Officer to Roll (20 cell) again. That's when "You" Seargent Dranaris Love Joy Entered my Cell and started "Beating" Me with Your "Fist and Hands, "Slamming" My body around the Cell onto the Beds & Sink area. "you" Did this to me while "you" Officer Crittenden & "you" Officer Key stood In my Cell Door-way "Cheering" Seargent Love--Joy on, Until my Right (Pinky) Finger was Unable to extend and I Had (Knotts and Bruises, on My Head & Body. "You All" Intentionally acted Cruel And Unusual. "You "Seargent Love Joy tore my tendon In my Right (Pinky) Finger, In which I had to — SEE Attachment 1(B) —

Undergo Reconstructive Surgery to Repair torn tendons in the left Pinky Finger you Did. So for this all I'm Sueing you all For "Excessive Force"!, "Criminal Negligence", & Cruel & Unusual Punishment, In your Indivual And Official Capacites.

Name/AIS# Mr. Rodney Lee Myers Sr
247758

Date: 11-1-18

Address: 100 Warrior lane
Bessemer, Alabama
Donaldson Correctional Facility
Cell - 111-33

Mr. Rodney Lee Major Sr. AIS#247758

Plaintiff

V.

Warden III Walter Myers,
Warden II Patrice Richie,
Sgt. Dronzarris Lovejoy,
& Etal,

Defendants.

DeClaration

(Name of Person Making SEE-ATTachment "Sworn Affidavit, (No. 16)

Civil Action No. ____

I SEE ATTachment 16, _____, hereby declares, Under Penalty of Perjury that the foregoing is TRUE and Correct Excuted at, Clio., Alabama on

Date: 1/06/18

City: Clio
State: Alabama

Signature - SEE ATTachment 16 Affidavit.

MR ~~Rodriquez~~ ~~#24035758~~ WOULD C LIKE to BRING
~~PLAINTIFF~~

to YOUR ATTENTION About A BAD INCIDENT that
HAPPEN ON 11/12/18 WHEN THREE ~~Name of Person~~
~~Officers~~ with AN agres ~~language~~
~~Sgt Deonokris Jonejoy~~ Stared to cuff up After ~~AJTOR~~

IN AN AGGRESIVE ~~Defendants~~ MANNER telling ~~CIVIL ACTION~~ right
BACK I'm tired of your Bitch ASS. MR Story CUFFED UP

While they WERE yelling at MAJOR my ROOM Mate. 3 officer
stood At ~~the front~~ ~~Hereby declares~~
~~officers~~ ~~Penalty 97. Perjury that the~~ is
~~ATTENTION and Correct~~ ~~Ohio. Alabama~~ ~~the shower while pushing me faster~~
~~they put me in the shower And slammed the shower~~
~~me IN the shower~~ ~~SEE ATTACHMENT~~ ~~CUFFS~~
Shackles so I couldn't SEE them then RAN BACK
to my CEll AND THEN SAIO talk that shit Now to MAJo
HEN WENT it AND BEAT inmate MAJOR All I kelp
HEARING the officers SAY WAS TALK that shit Now

MAJOR NOW HAS A BROKEN FINGER ALONG HAD KNOTS EVERY WERE MAJOR FILLED OUT NUMEROUS OF SICK CALL SLIPS BOUT HIS FINGER WHILE IN PAIN WHILE THEY WOULD NOT SEE HIM IT TOOK THEM A WEEK HE HAS BEEN UNFAILY TREATED, BEAT LIKE A DOG. IM NOT FEELING COMFTABLE. I FEAR FOR MY LIFE AND SANITY I ALSO HAVE WITNESS IN CELL 21 CELL 19 CELL, 5 CELL, 3 CELL I WOULD LIKE TO CONTACT i, AND i TO LET THEM KNOW ABOUT THIS UN CRUELITY SITUATION I'M NOT TRYING TO GET HURT THIS IS NOT A PART OF MY SENTENCE.

Danion Story    1/26/18

City: C[j]O
State: Alabama
County: Barbour

LEGAL USE ONLY

FOR THE MIDDLE DISTRICT OF ALABAMA

- - - - - - - - - - - - - - - - - - - X

Mr. Rodney Lee Major Sr. AIS#247758

Plaintiff

RECEIVED
2019 APR 15 A 10: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

V.

Warden III Walter Myers,
Warden II Patrice Richie,
Sgt. Dranorris Lovejoy,
E Etc al,

Defendants.

- - - - - - - - - - - - - - - - - - - X

DEClaration

(Name of Person
Making, SEE -
ATTachment Sworn
Affidavit;

Civil Action No. ___

___

I SEE ATTachment 10) , hereby Declares Under Penalty of Perjury that the foregoing IS True and Correct Excuted at Donaldson Correctional Facility, Bessemer, Alabama ON,

City: Bessemer, Alabama
#_____
State. Alabama
Date: 7/9/18

Signature: -SEE-
ATTachment 10 Affidavit

7/9/18

To whom it may concern,

My name is Marquelle A. Sweeting. AIS# 288131. I'm writing in regards to an issue of "Excessive Force" & mistreatment from officers that I witnessed at Easterling Correction Facility on January 12th, 2018.

On the said date, I was in Cell 18; & I heard officers harrassing inmate Rodney Major around chow call time. I heard officer Sgt. Lovejoy state, "I'll be back." Moments later, Sgt. Lovejoy & 2 other officers returned to the cell block. They demanded Inmate Story, Major's cellmate, to cuff up then took him to the shower & locked him inside. Afterwards, they returned to Major's cell (20) signalling the cube "operator" to roll the door again. That's when I stuck my prison eye (mirror) out the small hole in the window & saw the 2 COLs (Officer Crittiden; & Officer Key) cheering on the fight. Chanting "Get that Birmingham nigga!" repeatedly. I heard Inmate Major hollering. Finally, after speculation, Sgt. Lovejoy came out of the cell rubbing his hands; & slammed the door. I hollered to check on Inmate Major. He responded saying that he was badly injured & that he felt like his hand was broken. I fear for my life along with I for Inmate Major's & other Inmates. This is cruel & unusual punishment that we indure daily in the A.O.O.C. by those of authority when they're supposed to serve & protect us. I'm writing from my own free will because we were not sentenced for this treatment. Everything above is the truth & the whole truth.

Signed, Marquelle Sweeting #288131

City: Bessemer
State: Alabama

Date: 7-9-18

MR. Rodney Lee Major SR #AIS#247758 ------- X

Plaintiff. RECEIVED

2019 APR 15 A 10: 17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

V.

Warden III Walter Myers,
Warden II Patrice Richie,
igt. Prangers Lovejoy,
etc all,

Defendants.

---X

DeClaration

(Name of Person
Making, ~~SEE~~
~~Attachment "Sworn
Affidavit";~~ @ 1(a)

Civil Action No. ___

_____

I ~~SEE Attachment 2 (b)~~ hereby declares under
Penalty of Perjury that the foregoing IS
TRUE and Correct Excuted at Easterling
Correctional Center, Clio, Alabama on,

Date: 2/5/18

City/State, Clio, Alabama

Signature: ~~SEE Attachment
1(a) Affadavit.~~

My name is Daniel Powell 293462 & I witnessed Sgt. Lovejoy come on the tier on B-1 side on 2/5/18 around 1:00 pm and stated that " That's why I beat your ass, why you thinking you got me fucked up by running & telling your momma & the warden that I beat you up." directing the statement to inmate Rodney Major in 20 cell. I fear for me life & for his life. I'd like to talk with the I & I division of the A.D.O.C about this un-professional behavior from an officer that's supposed to be in a leadership position. Thank You

Daniel Powell

Daniel Powell

293462

2/5/18

city: Clio
state: Alabama

ExHibit C

| State of Alabama<br>Unified Judicial System<br><br>Form C-34        Rev. 7/2016 | SUMMONS<br>-CIVIL- | Court Case Number |
|---|---|---|

IN THE _Middle District_ COURT OF _Barbour_ _____ **COUNTY, ALABAMA**
_(Circuit, District, or Juvenile)_                           _(Name of County)_

_Mr. Rodney Lee Major Sr._                    **v.**    _Warden II Walter Myers/Warden II_
_AIS# 247758_                                            _Rahice Richie/Sgt. Brankreis Lovejoy_
_[Name(s) of Plaintiff(s)]_                                         _[Name(s) of Defendant(s)]_

**NOTICE TO:** _Warden II Walter Myers/Warden II Rahice Richie/Sgt. Brankreis Lovejoy Etc._
                                    _(Name of Defendant)_

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE
REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH
ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF
YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S)
OR ATTORNEY(S) OF THE PLAINTIFF(S), _____N/A_____ WHOSE
                                    _[Name(s) of Attorney(s)]_
ADDRESS(ES) IS/ARE: _Donaldson Correctional Facility. 100 Warrior_
_Lane Bessemer AL. 35023      cell - W-33_ .
_[Address(es) of Plaintiff(s) or Attorney(s)]_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _20_ DAYS AFTER THIS SUMMONS AND
COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE
RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER
DOCUMENTS.

---

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
### PROCEDURE TO SERVE PROCESS:

☒ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                    _[Name(s)]_
pursuant to the Alabama Rules of Civil Procedure.

_____                    _____      By: _____
_(Date)_                                    _(Signature of Clerk)_

☒ Certified Mail is hereby requested.    _Mr. Rodney Lee Major Sr. AIS# 247758_
                                         _(Plaintiff's/Attorney's Signature)_

---

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on_____ .
                                                                        _(Date)_

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
        _(Name)_                            _(Name of County)_
Alabama on_____ .
            _(Date)_

_____                    _____
_(Type of Process Server)_                  _(Address of Server)_

                                        _____
                                        _(Phone Number of Server)_



Box 870395
Tuscaloosa, Alabama 35487
O (205) 348-4928
F (205) 348-3909
(800) 826-1675
adap@adap.ua.edu
http://adap.ua.edu

July 5, 2018

Rodney Major, Sr.,  AIS #247758
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

Re:    Request for Assistance

Dear Mr. Major:

This letter is in response to your correspondence addressed to Mr. William Van Der Pol, Jr. that was dated June 12, 2018. Thank you for contacting the Alabama Disabilities Advocacy Program (ADAP). In your letter, you mentioned issues getting necessary medical care following an assault by guards. As you may already be aware, ADAP is currently serving as Plaintiffs' counsel within the ongoing lawsuit against the Alabama Department of Corrections in *Braggs v. Dunn*, also called *Dunn v. Dunn*. Part of this case involves ensuring adequate health care is provided by ADOC. ADAP is not currently involved in the medical portion of *Braggs v. Dunn*. However, I have forwarded your letter to the Southern Poverty Law Center (SPLC) who are involved in the medical case. They may be in contact with you.

Unfortunately, there is nothing that ADAP can do for you. ADAP is closing your file at this time, but please note that if you have other disability-related matters of concern in the future, you may contact ADAP at (205) 348-4928 or (800) 826-1675 (toll free) to schedule an intake appointment.

If you are dissatisfied with the assistance you received from ADAP, you have the right to file a grievance as provided for in the enclosed Grievance Procedure.

Please note that it is ADAP's policy retain client files for six years after the completion of its advocacy. If you would like a copy of legal documents in your file, please contact us and we will

The Protection and Advocacy System for the State of Alabama

provide them to you.  After six years, your file will be destroyed in accordance with the guidelines of the Alabama State Bar.

Very truly yours,

Ashley N. Austin
Law Fellow

cc:      File

Enclosures:      ADAP Eligibility Guidelines
                 Current Priorities
                 Grievance Procedure and Form

## ADAP's 2017-2018 Priorities

(October 1, 2017 - September 30, 2018)

### 1.0 - ABUSE / NEGLECT

Individuals with disabilities will be free from abuse and neglect and live in healthier, safer or otherwise improved facility or community settings.

### 2.0 - COMMUNITY ACCESS

Individuals with disabilities will have access to appropriate and individualized community-based services that will enhance their ability to live independently.

### 3.0 - EMPLOYMENT

Persons with disabilities will have meaningful access to integrated employment and be paid at least minimum wage.

### 4.0 - ALTERNATIVE DECISION MAKING

With needed supports, individuals with disabilities will be able to make everyday decisions about their lives, including matters related to where they live, how their money is managed, and their healthcare.

### 5.0 - EDUCATION

Youth with disabilities will be provided a free appropriate public education in their least restrictive environment to move them toward independent living and, depending on their individual goals, secondary schooling or employment upon graduation.

### 6.0 - VOTING

Individuals with disabilities will be given equal opportunity to register to vote and to vote privately and independently.

---

ADAP's priorities are determined with the assistance of the PADD and PAIMI Advisory Councils and are approved by ADAP's governing authority, The University of Alabama. ADAP's long-range priorities are planned on a three-year cycle. Priorities are reviewed and revised, as needed, every year. The present three-year cycle concludes on September 30, 2018.

**Alabama Disabilities Advocacy Program**
**Box 870395,  Tuscaloosa, Alabama 35487-0395, email: adap@adap.ua.edu,  website:**
**http://www.adap.ua.edu**
**1-205-348-4928 (V/TDD), 1-205-348-3909 (Fax),  1-800-826-1675 (for clients - instate only)**

Rhonda Brownstein
400 Washington Ave, Montgomery Al 36104
(334-954-8200
Maria V. Morris           ( Attorneys )

2019 APR 15 A 10: 17
HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James A. Tucker, Executive Director
Ala. Disabilities Advocacy Program
Box 870395
Tuscaloosa, Al 35487

J. Patrick Hackney
(205-348-4928

William Van Der Pol, JR.

Anil A. Mujumdar
Zarzaur Mujumdar & Debrosse - Trial lawyers
2332 2nd Ave North

Bham, Al 35203
(205-983-7985)

William G. Somerville
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420 North 20th street, Suite 1600
Bham Al 35203-5202
205-250-8375