**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| RODNEY LEE MAJOR )<br>　　PLAINTIFF, )<br> )<br>VS. )<br> )<br>WALTER MYERS, et al )<br> )<br>　　DEFENDANTS. ) | 2:19-cv-273-WHA |

**MOTION FOR AN EXTENSION**

COMES NOW Bettie J. Carmack counsel for the defendants, and hereby requests an extension to file an Answer and Special Report and, for grounds, state as follows:

1. Counsel has requested information from the prison.

2. As of today's, date, counsel has not received all the necessary documents to file an Answer and Special Report.

3. This is undersigned counsel's first request for an extension.

4. Said extension is not being requested to unduly delay the action.

## RELIEF REQUESTED

Wherefore premises considered, undersigned counsel moves this Honorable Court to grant a sixty (60) day extension to file an answer and special report.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

By:

/s/*Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 28th of May 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and will mail a copy of said motion to:

**RODNEY LEE MAJOR**
**#247758**
**William E. Donaldson Correctional Facility**
**100 Warrior Lane**
**Bessemer, AL 35023**

/s/ *Bettie J. Carmack*
Bettie J. Carmack
*Assistant Attorney General*