IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA / NORTHERN DIVISION



RECEIVED
2019 OCT -2 A 11: 08
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RODNEY L. MAJOR, Civ. Act # 2;19-CV-273-WHA

Plaintiff,

v.

WALTER MYERS, et. al.,

Defendant,

**PLAINTIFFS RESPONSE TO SPECIAL REPORT**

COMES NOW, the above Plaintiff, by and through himself, in the above cause, and does here files his "Response" to the Special Report filed by the Defendants, and in support of the same, Plaintiff shows the following:

1. Plaintiff avers that the sworn Affadavits of all Defendants are **"LIES"** ! Plaintiff avers that specifically the Affadavits of Warden Myers--------(Exhibit-J, p. 1 of 1 ) and (Exhibit-F, p. 1 of 1)---of Captain Danzey -------both allege that Plaintiff **"put in sick call slips"** stating basically that the injury to his finger [which Plaintiff alleges he suffered at the---hands of Defendant, Off. Lovejoy]---was actually caused by an self-inflicted accident wherein Plaintiff fell from his top bunk bed (or rack)... Defendant Warden Myers even goes further in his affadavit to allege a specific date for the mysterious sick call slip: **"January 16, 2018"...**

**However,** Plaintiff contends that ---HE NEVER PUT IN SUCH A SICK CALL SLIP ! **FURTHER,** Plaintiff contends that this Court can review every exhibit submitted by Defendants in support of their Special Report---and this Court will not find one sick call slip wherein Plaintiff---(i.e., in his own handwriting) attributed his "pinky finger-injury"---to an self-inflicted, inadvertent fall when trying to get down off of his bunk bed or rack...The record submitted by Defendants is clear and will show that Defendants have committed acts of perjury and fraud upon this Court.!

2. Plaintiff alleged that the incident wherein he was assaulted by Defendant Officer Lovejoy took place on Jan. 12, 2018,@ Easterling Corr'l Facility. However, Plaintiff also proffers that he had been 'forewarning' staff about Lovejoy's threats of physical harm to him as far back as **"October 2017"** ...Plaintiff avers that he was and is on the Mental Health Caseload for the ADOC. (Ala. Dept. of Corr's). Plaintiff began informing Mental Health personnel @ Easterling Prison----as early as October-2017-------of his problems with Defendant-Officer Lovejoy and also of his distrust for Defendant-Warden Myers and Captain Danzey. Plaintiff indulges this Court to Order Defendants to produce his **Mental Health Records; i.e. between the dates of October 1, 2017---until----Feburary 15, 2018....** Specifically, Plaintiff avers that the Court should subpoena **"Mental Health Progress Notes" & Mental Health Consult**

**Notes" which were recorded between the above two dates/time frames....** This is proof in the pudding and will speak for itself.

3. On January 25, 2018 Plaintiff put in a sick call slip alleging his concerns about officers wanting to harm him. Also this Sick Call Slip mentions his cries to see a Mental Health Worker which were ignored by correctional/security staff. See Defendants' **Exhibit-K, p. 5 of 41...**

On January 29, 2018, Plaintiff put in a sick call slip wherein he alleges Officers (defendants) beat him up. See **Exhibit-K, p. 40 of 41....** (Defendants' Exhibit)

On Feb. 4, 2018, on a **Nursing Encounter Tool** a nurse documented that Plaintiffs' medical complaint was the result of his having an "altercation with officers"...See **Exhibit-K, p. 37 of 41...**(Def's Exhibit).

On Feb. 9, 2018, Plaintiff put in a Sick Call Slip and in this record he complains of physical ailments and he mentions that such was the result of being assaulted by officers on 1-12-18...See **Def.'s Exhibit-K, p. 26 of 41....**

On Feb. 10, 2018, Plaintiff met with Mental Health Counselor, a black female, "Miss James" and he gave her a copy of **Plaintiff's Exhibit-1 (Enclosed)**... This meeting should be mentioned or logged in the

Plaintiff's Mental Health Files, which the Defendants so-conveinetly ommited from their special report exhibits, but, which this Plaintiff previously (above) asked this Court to subpoena...

On Feb. 13, 2018, on a **Nursing Encounter Tool , a nurse** documented that Plaintiff's medical complaint was the result of being "jumped on by police"...See **Def.'s Exhibit-K,p. 27 of 41**.

On Feb. 14, 2018, Plaintiff was interviewed by a representative of I & I (investigations & Inspections) Division of the Dept. of Corr.'s. Plaintiff was advised that Defendant Lovejoy would be kept from around Plaintiff pending an investigation for a PREA complaint. (Prison Rape Elimination Act);; See **Plaintiffs' Exhibit-2... (Enclosed).....**

4. On January 30, 2018, Plaintiff was seen by the Segregation Review Board for Easterling Prison. Present at the hearing was: Deputy Warden (Defendant) Richie, Captain (Defendant) Danzey, Mental-Health counselor Mr. Hampton & Classification Supervisor; name unknown, but it was a white female.... During this meeting I told everything about what occurred between myself and Defendant - Lovejoy.... Lovejoy had previously told them that the incident I mention being assaulted in never happened and that I made it up

out of my imagination....However, I produced a "Sgt.'s Brass Pendent" which Lovejoy had dropped in my cell during the altercation which undercut and contradicted Lovejoys' allegation that no altercation occurred between us in my seg. cell...**Def.'s Exhibit-A, p. 1 of 1...** Defendants' Exhibit-A, p. 1 of 1 is a lie, perjury and fraud.! The fact that I produced one of Lovejoys Sgt.'s Brass pendents at seg. review Board... Out of allt he people present at Seg. Board that day,---the Plaintiff feels that Mr. Hampton (Mental Health Man) and a Lieutenant Pryor---will tell the truth about this if brought into Court and/or placed under polygraph...Lt. Pryor was the person Plaintiff actyually handed the brass to and he passed it to Warden-Richie...Albeit, Plaintiff forgot to list Lt. Pryor's name above when he listed the names of persons present at Seg. Review Board.

5. Between November-December, 2017---Defendant Lovejoy wrote Plaintiff several disciplinary reprimands for frivolous (alleged) rule violations. However, Def. Warden Richie "disapproved" all these disciplinaries and such is in Plaintiffs' files ! Plaintiff avers that the disapproval of these disciplinaries incensed Defendant Lovejoy against him (Plaintiff) even more and preciptated the January 12, 2018 incident wherein Lovejoy assaulted the Plaintiff, without provocation or justification....

## CONCLUSION

Plaintiff contends that the Defendants used the old "scatter gun"------- "muddy the waters" type tactic by submitting all of his medical records, when the Court only asked for specific records relating to January-2018. However, the additional records actually serves to aide Plaintiffs' civil complaint. Plaintiff contends that Defendnats knew that Plaintiff did not have any legal help and was/is unlearned in the law himself. Defendants withheld much valuable, relevant information from this Court, yet had the records included with the special report....Defendants intentionally ommited to mention or refer to certain records, and this was alterior motivated. The Plaintiff asks this Court to notice that he has been asking for counsel to be appointed to assist him. Up until now, the Plaintiff attempted to litigate alone, but now has the help of a fellow inmate trained in the law. Howbeit, Plaintiff asks this Court to still appoint a lawyer to assist him as the inmate assisting him has litigation in the courts himself and could be taken back to the county of his own conviction at any time; making him unable and unavailable to assist Plaintiff.

WHEREFORE, the premises considered, the Plaintiff proffers this, his RESPONSE to Defendants' Special Report, and prays tis Court deny summary judgement and set this matter for an evidentiary hearing or for trial on the merits !

Resprctfully Submitted,

Rodney L. Major Sr #247758

Rodney Major # 247758
Plaintiff, prose

100 Warrior Lane
Bessemer, Al. 35023

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for defendants, on this 29 day of September, 2019, via., U.S. Mail, postage properly affixed.

Rodney L. Major Sr #247758

Rodney Major, prose

Hon. Betty Carmack
Asst. Atty. Gen.
501 Washington Ave.
Montgomery, Al. 36130

Rodney L Major Sr AIS#247758
100 Warrior Lane Block-O-45
Bessemer, AL 35023-7299

MON 30 SEP 2019 PM

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, Alabama 36104-4018