# U.S. MIDDLE DISTRICT-Ala. / North'n Div.

# PLAINTIFF'S EXHIBITS 1 & 2

# IN SUPPORT OF 1983 Action of:

# Rodney Major v. Walter Myers., et. al.,

# Case No.: 2:19-CV-273-WHA

Plaintiff's Exhibit-1  2/10/18

## Statement

Today I was seen by Mental Health Personal Ms Jones. I explained to her about Sgt Lovejay, Officer Crittenden & CO Key Attacking Me on JAN/12/2018. I told her that Warden Richie told me in a Mocking tone that thier Investigation was over with and there was no need to Contact I&I. I spoke with her about my wound Dressing being wet and about me telling Different Nurse's but no one Cared to do Anything About it. I spoke with her about Officers Making threats against Me and Sexual advances. I spoke about my Fears and Safety Concerns Also as well as I Asked her to speak with I&I or Someone Out Side this Institution to Voice whats going on around and to me.

Rodney Major Sr
#247758

*Plaintiff's Exhibit 2*




**State of Alabama**
**Department of Corrections**
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017
334-397-4471
Fax 334-397-2430

KAY IVEY
GOVERNOR

Walter Myers
Warden III

JEFFERSON S. DUNN
COMMISSIONER

Patrice Richie
Warden II

MEMORANDUM

TO: Inmate Rodney Major B/247758

FROM: Brian Thompkins, Correctional Lieutenant

RE: PREA Investigation

Sergeant Lovejoy will not have any contact you, until an investigation is completed by the Investigation and Intelligence Division.

By my signature below, I acknowledge that I have received a copy of this memo.

Rodney L Major Sr #247758   2/14/18
Signature and Date