IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY LEE MAJOR, SR., 247758, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:19-CV-273-CSC |
| ) | |
| WALTER MYERS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In light of the response to the defendants' special reports filed by the plaintiff on October 2, 2019 (Doc. 37), it is

ORDERED that the Memorandum Opinion (Doc. 33) and Final Judgment (Doc. 34) entered on September 13, 2019 be and are hereby VACATED.

DONE this 3rd day of October , 2019.

/s/   Charles S. Coody
UNITED STATES MAGISTRATE JUDGE