P

AGE    IN THE DISTRICT COURT OF THE MIDDLE
STATES FOR THE MIDDLE DISTRICT OF
ALABAMA/NORTHERN DISTRICT

RECEIVED

2019 DEC 10 A 10: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RODNEY LEE MAJOR,SR.,247758

    plaintiff,

v.

                                            CIVIL ACTION NO.2:19-CV-273-

WALTER MYERS,et al.,
CSC                                         CSC
    DEFENDANTS.

MOTION FOR APPOINTMENT OF COUNSEL
-------------------------------- ---------------------------------------

PURSUANT TO 28 U.S.C.§1915(e)(1)plaintiffmoves for an order appointing counsel to represent him in this case.In support of this motion,plaintiff states:

1.Plaintiff is unable to afford counsel.he has requested leave to proceed in forma pauperis.

2.PLAINTIFFs imprisonment will greatly limit his ability to litigate.The issues involved in this case are complex, and will require significant research and investigation.Plaintiff has limited knowlede of tha law.

HON.JUDGE Charles S.Coody,on Oct,3 2019 you ORDERED the defendants to file with the court and myself the plaintiff certified copies of my mental health recordson or before October 24, 2019.HON.JUDGE COODY,as you can see for your self upon studying thoes files and notes,I had been warning administration and counselors about my safety concerns and identified (4)ADOC officers and staff as potential threats to my physical safety.In which i was ignored, HON.JUDGE COODY,I HAVE RECENTLY BEEN TRANSFERED AGAIN TO MY FORTH PRISON SINCE THE INCIDENT.I HAVE BEEN LIED ON AND BADLY BEATEN AGAIN AT STATON

CORRECTIONAL FACILITY DUE TO RETAILIATION, FOR ME EXPOSING THE INCIDENT THAT HAPPENED AT EASTERLING.(see inmate body chart defendants EXHIBITK)partIV Page8of40/pg4of41/PartIIIpg40of42/pg36of42/pg34of42/pg32of42.

In closing HON.JUDGE,I am a mental health inmate,currently on Psychotropic Meds, in which caues's me to feel very drowsey and not able to litigate this case for my self.HON.JUDGE COODY TRUTHFULLY I HAVE DONE THIS MOTION MYSELF BECAUSE I HAVE NO HELP AND THE GREAT POWERS IM UP AGAISNT KNOWS THIS SO THEY ARE DOING ALL THEY CAN TO HINDER THIS COURT FROM LEARNING THE TRUTH..

3.A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTOMONY, AND COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS EXAMINE WITTNESSES.

4.PLAINTIFF HAS MADE REPEATED EFFORTS TO OBTAIN A LAWYER.(seemotion filed by plaintiff for appointment of counsel to this court on April 15,2019)

12-3-19   #247758
Rodney Lee McFor Sr.,
PROSE

L.C.F
28779 Nick Davis Rd
Harvest, Alabama 357__

RECEIVED
2019 DEC 10 A 10 50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

## Certificate of Service

I Hereby Certify that I have Served a Copy of the foregoing upon Counsel for Defendants, On this 3rd day of December, 2019, via., U.S. Mail, Postage Properly Affixed.

Mr. Rodney Joe Major Sr
AIS# 247758
Rodney L. Major Sr.,
Prose.

Hon. Betty Carmack
Asst. Atty. Gen.
501 Washington Ave.
Montgomery, AL. 36130

Mr. Rodney Lee Major Sr. #297758 (Dorm L-A)
L.C.F (Bed 11-A)
28779 Nick Davis Road
Harvest, Alabama. 35749

BIRMINGHAM AL 350
05 DEC 2019 PM 6 L

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communications

United States District Court
Middle District of Alabama
Office of the Clerk
One Church Street, Room B-110
Montgomery, Alabama 36104