# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| RODNEY LEE MAJOR, SR., ) | |
| AIS #247758, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:19-cv-273-JTA |
| WALTER MYERS, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

COMES NOW Assistant Attorney General Laura E. Howell, and respectfully asks this Court's permission to substitute her as counsel of record for the Defendants, Walter Myers, Patrice Richie, Kelvin Key, Anthony Crittenden, Joseph Danzey, and Dranarris Lovejoy, and as grounds, states as follows:

Bettie Carmack is no longer employed by the State of Alabama Attorney General's Office.

Respectfully submitted,

STEVE MARSHALL
Attorney General

*/s/ Laura E. Howell*
LAURA E. HOWELL
Assistant Attorney General

ADDRESS OF COUNSEL
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Laura.Howell@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on July 19, 2021, electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF electronic filing and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and addressed as follows:

Inmate Rodney Lee Major, Sr.
AIS # 247758
Limestone Correctional Facility
28779 Nick Davis Rd
Harvest, AL 35749

/s/ *Laura E. Howell*
LAURA E. HOWELL
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
State of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Laura.Howell@AlabamaAG.gov