IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY LEE MAJOR, SR., 247758, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:19-cv-273-JTA |
| WALTER MYERS, et al., | ) |
| Defendants. | ) |

**ORDER**

After review of the pleadings and other documents filed in this case, the court deems it appropriate to allow the parties an opportunity to resolve this case. Accordingly, it is

ORDERED that:

1. On or before September 13, 2021, the parties engage in good faith discussions via any appropriate means in an effort to reach an amicable resolution of the issues before this court.

2. On or before September 20, 2021, counsel for Defendants shall notify the court whether the parties have reached a resolution in this case.

DONE this 12th day of August, 2021.

*/s/ Jerusha T. Adams*
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE