IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY LEE MAJOR, SR.,<br>AIS #247758,<br><br>　　Plaintiff,<br><br>vs.<br><br>WALTER MYERS, et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:19-cv-273-JTA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Defendants in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff, Rodney Major, respectfully submit this Joint Stipulation of Dismissal with Prejudice, representing that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted on February 25, 2022.

Rodney Lee Major, Sr., AIS # 247758
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

1

Laura E. Howell (ASB-0551-A41H)
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Laura.Howell@AlabamaAG.gov
*Counsel for the Defendants*

2